Eastern District of Kentucky
FILED
MAR 18 2004
AT LONDON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**
**CASE NO. 03-285 - KKC**

**HAROLD M. COOK** — **PLAINTIFF**

**VS.** — **AGREED ORDER OF DISMISSAL**

**MICHAEL WALLACE, et. al,** — **DEFENDANTS**

***

This matter having come before the Court upon the agreement of the parties as indicated below by the signature of their respective counsel; the Court being sufficient advised;

IT IS HEREBY ORDERED that the claims of Plaintiff against the Defendants are hereby dismissed, with prejudice, each party bearing their own respective attorney's fees, costs and expenses.

Dated this the 18 day of March, 2004.

Karen Caldwell
UNITED STATES DISTRICT COURT

HAVE SEEN AND AGREED TO:

ATTORNEY FOR PLAINTIFF

ATTORNEY FOR DEFENDANTS